NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0000809**
**08-JUN-2015**
**09:22 AM**

CAAP-14-0000809

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GERALD VILLANUEVA, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(SPP NO. 13-1-0013(2) (CR NO. 96-0078(2))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Reifurth and Ginoza, JJ.)

On May 29, 2015, Petitioner-Appellant Gerald Villanueva (Villanueva) filed a Motion for Reconsideration of this court's Summary Disposition Order issued on May 13, 2015. Upon consideration of Villanueva' Motion for Reconsideration, it is hereby ordered that the motion is denied.

DATED: Honolulu, Hawai'i, June 8, 2015.

On the motion:

Gerald Villanueva
Petitioner-Appellant
Pro Se

Chief Judge

Associate Judge

Associate Judge